UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYUDMILA VINNIK, individually
and on behalf of all others
similarly situated,

          Plaintiffs,

-against-

CONCEPTS OF INDEPENDENCE, INC.,

          Defendant.

16-cv-9379 (JGK)

ORDER

**JOHN G. KOELTL, United States District Judge:**

The Court has received the Settlement Agreement between the parties attached to the December 17, 2018, letter from the plaintiff's counsel (Docket No. 36). The Court finds that the settlement is a fair, adequate, and reasonable settlement of the plaintiff's FLSA claim (First Cause of Action) including the provision for attorney's fees, and the parties are directed to abide by the provisions of that Settlement Agreement.

Therefore, in accordance with the Settlement Agreement, the Clerk is directed to enter judgment dismissing the FLSA claim (the First Cause of Action) with prejudice, and dismissing the remaining claims without prejudice. The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

Dated: December 19, 2018
      New York, New York

                                      JOHN G. KOELTL
                             United States District Judge